# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| Armando ZOPIYACTLE-Xalamihua | ) Case No. |
| | ) Mag 25-414 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 20, 2025** in the county of **Tuscaloosa** in the **Northern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal Reentry of a Previously Deported Alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Olivia Marling, HSI Special Agent

*Printed name and title*

Telephonically sworn to before me and electronically signed on

Date: **Jun 25, 2025**

*Judge's signature*

City and state: Birmingham, Alabama    John H. England, III, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Olivia Marling, being duly first sworn, depose and say:

1. I am a Special Agent with Homeland Security Investigations ("HSI") within the United States Department of Homeland Security ("DHS"). I have served as a Special Agent with HSI since May 2024. As part of my duties as a Special Agent, I am charged with conducting investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the HSI Birmingham, Alabama, office in the Atlanta, Georgia, area of responsibility, and part of my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry and related offenses.

2. This affidavit is made in support of a criminal complaint for Armando ZOPIYACTLE-Xalamihua sets forth the probable cause. ZOPIYACTLE, a native and citizen of Mexico, illegally re-entered the United States after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information relayed to me by other federal and state law enforcement officers in the course of their official duties. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all information known by

me or other investigators. I have set forth only those facts I believe are essential to establish the necessary foundation for the complaint and warrant.

4. On or about June 20, 2025, ZOPIYACTLE was arrested by the University of Alabama Police Department for violation of AL Code § 32-5A-191(a)(2) – Driving Under the Influence (Alcohol), near Tuscaloosa, Alabama, within the Northern District of Alabama. The defendant, thereafter, entered ICE custody on or about June 23, 2025. A fingerprint-based search of immigration and law enforcement databases revealed that ZOPIYACTLE is a native and citizen of Mexico. These records further showed that ZOPIYACTLE was originally removed from the United States on or about March 22, 2016, pursuant to an expedited order of removal as evidenced by Immigration Form I-296[1]. Here, the defendant's most recent I-296 showed that he was removed on March 22, 2016, via Hidalgo, Texas.

5. Further, immigration records related to ZOPIYACTLE were reviewed by DHS personnel, and those records did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following his removal on or about March 22, 2016. There is also no evidence that an application was made or

---

[1] This I-296 form is issued by U.S. Immigration and Customs Enforcement (ICE) or U.S. Customs and Border Protection (CBP) when a foreign national has been ordered removed from the United States. This document serves as official proof that a removal order has been executed.

2

approved. Had the defendant made such an application, that fact would be reflected in his immigration records. Lastly, I have no reason to believe that ZOPIYACTLE was involuntarily found here in the Northern District of Alabama when he was arrested on or about June 20, 2025.

6. Based on the above facts, your affiant believes that there is probable cause to establish that ZOPIYACTLE has violated 8 U.S.C. § 1326(a).

_____
Olivia Marling, Affiant
U.S. Department of Homeland Security

Sworn to telephonically and subscribed electronically this the 25th day of June 2025.

_____
The Honorable John H. England, III
United States Magistrate Judge
Northern District of Alabama

3